# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0952
_____

DAVID HUBBARD,

    Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS and CENTURION OF
FLORIDA, LLC,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

October 21, 2025

PER CURIAM.

    AFFIRMED.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Brian C. Keri, of the Law Office of Brian C. Keri, P.A., Tallahassee, for Appellee Florida Department of Corrections.

Michael R. D'Lugo of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Appellee Centurion of Florida, LLC.